**FILED**
November 15, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )     Case No. Mag 06-0300 DAD
          Plaintiff,              )
v.                                )     ORDER FOR RELEASE OF
                                  )     PERSON IN CUSTODY
SUKHWINDER SINGH,                 )
                                  )
          Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sukhwinder Singh</u>, Case No. <u>Mag 06-0300 DAD</u>, Charge <u>Title 21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _100,000.00_

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other) _Secured by property and truck with pretrial services supervision on conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on _November 15, 2006_ at _2:10_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal