1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   SUKHWINDER SINGH
7
8
9                IN THE UNITED STATES DISTRICT COURT
10               FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 UNITED STATES OF AMERICA,      ) No. CR. S-06-470 EJG
                                  )
14              Plaintiff,        )
                                  ) **STIPULATION AND ORDER**
15     v.                         ) **CONTINUING STATUS CONFERENCE**
                                  )
16 SUKHWINDER SINGH,              )
                                  ) Date:  January 12, 2007
17              Defendant.        ) Time:  10:00 a.m.
                                  ) Judge: Hon. Edward J. Garcia
18 _____)
19
20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Sukhwinder Singh, through their attorneys,
22 that the status conference scheduled for January 12 may be continued to
23 February 23, 2007, at 10:00 a.m.
24     The government has yet to provide discovery to the defense but
25 advised counsel today that it will forward 200 pages of material by
26 Thursday, January 11.  The defense will need time to review the written
27 discovery and decide what course of action to take before the case may be
28 further scheduled.  So that the defense may have adequate time to

1  prepare, the parties agree that the ends of justice to be served by a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial and that time under the Speedy Trial Act may be
4  excluded from the date of this order through February 23, 2007, pursuant
5  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:  January 10, 2007                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for SUKHWINDER SINGH


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  January 10, 2007                /s/ T. Zindel for R. Twiss
                                        ROBERT TWISS
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to February 23, 2007, at 10:00a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 23, 2007.

IT IS SO ORDERED.

Dated:  January 11, 2007         /s/   Edward   J.   Garcia
_____
                                 HON. EDWARD J. GARCIA
                                 United States District Judge

Stip. in U.S.A. v. S. Singh              -2-