1  PHILLIP A. TALBERT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  CASE NO. 2:06-CR-00470-WBS

12            Plaintiff,  **ORDER DISMISSING INDICTMENT**

13     v.

14 SUKHWINDER SINGH,

15            Defendant.

16

17     For the reasons set forth in the motion to dismiss filed by the United States, the charges against

18 defendant SUKHWINDER SINGH in the pending Indictment, are hereby DISMISSED and any

19 outstanding arrest warrants are recalled.

20

21 Dated: May 31, 2017

22                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

1